~~SEALED~~



FILED
AUG 2 1 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ALANA W. ROBINSON
   Acting United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California Bar No. 226590
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6786

6  Attorneys for United States of America    **UNSEALED PER ORDER OF COURT**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>YU PINGAN, a.k.a. "GoldSun"<br><br>    Defendant. | Case No. '17MJ2970<br><br>EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL AND ORDER THEREON<br><br>[FILED UNDER SEAL] |

COMES NOW the United States, by and through its counsel, Alana W. Robinson, Acting United States Attorney, and Sabrina L. Fève, Assistant U.S. Attorney, and hereby moves that the attached Complaint, Affidavit, and Arrest Warrant, and this Motion and Order, be ordered filed under seal until further order of the Court.

//
//
//
//

3

The basis for this application is that the Complaint, Affidavit, and Warrant concern an ongoing criminal investigation and premature disclosure of the existence of the warrant or the contents of the application could impede the investigation, alert the subject of the investigation and result in flight, or result in the destruction or transfer of evidence.

DATED: August 21, 2017

Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

### ORDER

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Complaint, Affidavit, and Warrant, and this Application and Order in the above-referenced case shall be filed under seal until further order of this Court.

DATED: August 21, 2017

HON. BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

*Ex Parte* Application and Order to File Under Seal    2